UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br><br>Plaintiff,  )<br>)<br>v.  )<br>)<br>Gustavo QUINTANA-Gamboa,  )<br>)<br>)<br>Defendant  )<br>_____) | Magistrate Docket No.<br>**'08 MJ 1776**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **June 4, 2008**, within the Southern District of California, defendant, **Gustavo QUINTANA-Gamboa**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6th DAY OF JUNE, 2008.**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Gustavo QUINTANA-Gamboa

## PROBABLE CAUSE STATEMENT

On June 4, 2008, Border Patrol Agents K. Ruck and B. Barber, along with Agent Barber's K-9 companion Bently, were performing patrol duties four miles east of the San Ysidro, California Port of Entry and two miles north of the United States/Mexico international border.

At approximately 7:30 PM, Agent Ruck was driving his Border Patrol vehicle eastbound on the Otay Truck Trail, when he observed an individual on a bicycle. Agent Barber was in the vehicle's passenger seat, and Bently was in the back in her K-9 cage. The individual was traveling westbound at a high rate of speed. Agent Barber then observed the individual go off the side of the truck trail and into a canyon. Agent Barber, Bently and Agent Ruck went into the area and found the individual. Agent Ruck identified himself as a United States Border Patrol Agent and then questioned the individual as to his citizenship. The individual, later identified as **Gustavo QUINTANA-Gamboa** stated that he is a citizen and national of Mexico. Agent Ruck then asked QUINTANA if he was in possession of any immigration documents allowing him to enter or remain in the United States. QUINTANA stated that he was not and admitted to being illegally present in the United States. QUINTANA was placed under arrest and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 30, 2004**, through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.